HERBERT KANDELL, Appellant, Respondent, v. AMERICAN BEVERAGE CORPORATION, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ELBERT O. KELSEY, as Trustee, Appellant, v. BERKLEY HILLS CORPORATION and Others, Defendants; SCARSDALE NATIONAL BANK AND TRUST COMPANY, as Trustee, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MINNESOTA LAUNDRY SERVICE, INC., and Others, Appellants, v. JACOB MELLON and Others, Defendants; CHARLES BARTELOTTI and Others, Respondents; MEYER D. SIEGEL, Attorney, Appellant.— Motion for reargument or for other relief denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHECTMAN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEGGY CAVALIERI, Appellant, v. MAURICE A. FITZGERALD, Sheriff of the County of Queens, and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 3.) BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 4.) — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 962.] The following question is certified in each appeal: Was the order awarding counsel fee properly made? Motion for a stay pending the hearing and determination of the appeals granted upon condition that within ten days from the entry of the order hereon appellant file an undertaking, with corporate surety, in the sum of $1,000, conditioned for the payment of all sums required to be paid by the orders appealed from; otherwise the motion for a stay is denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

BETTY TOMBANO, Respondent, v. FRANCIS DONDERO, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

LOUIS YENTES, Appellant, v. MARK M. ZAREN, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.